✓ FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 2 0 2012

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**SEALED**

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>1. Luis Alberto Hernandez-Flores, and<br>　　(Counts 1-3)<br><br>2. Saul Sandoval,<br>　　(Counts 1-2)<br><br>　　　　Defendants. | CR 12 0573 PHX ROS LOA<br><br>**INDICTMENT**<br><br>VIO:　21 U.S.C. §§ 846<br>　　　(Conspiracy to Possess with Intent to Distribute Heroin)<br>　　　Count 1<br><br>　　　21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(i)<br>　　　(Possession with Intent to Distribute Heroin)<br>　　　Count 2<br><br>　　　18 USC, Section 1956(h)<br>　　　(Conspiracy to Commit Money Laundering)<br>　　　Count 3 |

THE GRAND JURY CHARGES:

## COUNT 1

From on or about November 25, 2011 and continuing to on or about January 6, 2012, in the District of Arizona and elsewhere, defendants LUIS ALBERTO HERNANDEZ-FLORES and SAUL SANDOVAL did knowingly combine, conspire, confederate and agree together and with

//
//

others unknown to the grand jury, to possess with intent to distribute more than 100 grams of a mixture and substance containing a detectible amount of Heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(i).

In violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about December 21, 2011, in the District of Arizona and elsewhere, defendants LUIS ALBERTO HERNANDEZ-FLORES and SAUL SANDOVAL did knowingly possess with intent to distribute in excess of 100 grams of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(i).

## COUNT 3

From on or about November 25, 2011, and continuing up to on or about January 6, 2012, in the District of Arizona, defendant LUIS ALBERTO HERNANDEZ-FLORES along with others known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree together and with other persons known and unknown to the Grand Jury to knowingly conduct and attempt to conduct financial transactions affecting interstate commerce, which in fact involved the proceeds of specified unlawful activity, that is, the possession with intent to distribute heroin in violation of Title 21, United States Code, Section 841(a)(1), knowing that the transactions were designed in whole and in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of said specified

//
//
//
//
//
//
//

unlawful activity, and while knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

All in violation of Title 18, United States Code, Section 1956(h).

A TRUE BILL

S/

FOREPERSON OF THE GRAND JURY
Date: March 20, 2012

ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona

S/

KAREN S. McDONALD
Assistant U.S. Attorney