```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF ARIZONA
                    _____
```

**United States of America,**       )
                                          )   No. **CR 12-573 PHX-ROS**
        Plaintiff,           )
                                          )
      vs.                             )   Phoenix, Arizona
                                          )   April 10, 2012
**Luis Alberto Hernandez-Flores,**   )   11:09 a.m.
                                          )
        Defendant.           )
_____ )

**BEFORE:   THE HONORABLE LAWRENCE O. ANDERSON, MAGISTRATE JUDGE**

<u>**REPORTER'S TRANSCRIPT OF PROCEEDINGS**</u>

**(Detention Hearing)**

**APPEARANCES:**

For the Plaintiff:
    U.S. Attorney's Office
    By:  **Karen S. McDonald**, Esq.
    40 North Central Avenue, Suite 1200
    Phoenix, Arizona 85004

For the Defendant:
    Federal Public Defender's Office
    By:  **Craig S. Orent**, Esq.
    850 West Adams Street, Suite 201
    Phoenix, Arizona 85007

Transcriber:
Merilyn A. Sanchez
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, Spc 37
Phoenix, Arizona 85003-2151
(602) 322-7250

Proceedings Recorded by Electronic Sound Recording
Transcript Prepared by Transcriptionist

```
 1                    P R O C E E D I N G S
 2
 3              THE COURT:  Okay, Craig Orent, are you ready?
 4              MR. ORENT:  Yes, Your Honor.
 5              THE COURT:  Let's have Mr. Hernandez-Flores stand
 6   at the podium, please.
 7              THE COURTROOM DEPUTY CLERK:  Criminal docket
 8   12-573, United States of America versus Luis Alberto
 9   Hernandez-Flores, on for a status hearing regarding
10   detention hearing.
11              MS. McDONALD:  Karen McDonald for the
12   United States.
13              THE COURT:  Good morning, Ms. McDonald.
14              MR. ORENT:  Good morning, Your Honor, Craig Orent
15   on behalf of Mr. Hernandez, who is present and in custody.
16              And, Your Honor, having discussed this matter in
17   greater detail with Mr. Hernandez between our last court
18   date and today, and explaining his rights to him and all the
19   circumstances, and based on those circumstances, he has
20   agreed to waive the detention -- his right to a detention
21   hearing and to submit the issue to the Court.
22              THE COURT:  All right.  First of all, let me say
23   good morning, Mr. Orent.
24              MR. ORENT:  Oh, sorry, Your Honor.
25              THE COURT:  Okay.  And are you Luis Alberto
```

```
 1   Hernandez-Flores?
 2              THE DEFENDANT:  Yes.
 3              THE COURT:  Good morning, Mr. Flores --
 4   Hernandez.
 5              THE DEFENDANT:  Good morning.
 6              THE COURT:  Obviously you speak and understand
 7   English?
 8              THE DEFENDANT:  Yes.
 9              THE COURT:  Okay, did you hear and understand
10   what your lawyer just said to me?
11              THE DEFENDANT:  Yes.
12              THE COURT:  You agree to give up your right to
13   have a detention hearing, correct?
14              THE DEFENDANT:  Yes.
15              THE COURT:  Right?
16              THE DEFENDANT:  Yes.
17              THE COURT:  You agree that I may decide whether
18   you should be detained based on the allegations in the
19   Indictment only?
20              THE DEFENDANT:  Yes.
21              MS. McDONALD:  And, Your Honor, there is
22   something to add to the record here.
23              THE COURT:  All right, go ahead.  I -- I'm
24   looking for Pretrial Services' report.  Go ahead and make
25   what additional record or argument you wish to make
```

1  Ms. McDonald.

2  MS. McDONALD: I obtained a copy this morning of
3  the I-213, which reflects that Mr. Hernandez-Flores was
4  interviewed on June 13th, 2011, by Jose Mendez, a designated
5  immigration officer, while Mr. Hernandez-Flores was
6  incarcerated over at the county. And pursuant to that
7  interview, he admitted that he was a Mexican national. He
8  freely admitted, according to this report, that he entered
9  the United States without inspection at or near Nogales,
10 Arizona, on or about December 18th, 2006. And at the time
11 of the interview, at least, he had no known applications or
12 petitions pending with U.S. Citizen and Immigration
13 Services, and he claimed no fear of returning to Mexico.

14 Since then, there have been immigration court
15 proceedings begun. And I believe that I haven't been able
16 to nail down exactly what's going on there. But I believe
17 it to be a deportation proceeding and that the defendant has
18 asked for relief from deportation. And that proceeding is
19 underway.

20 He was released by the immigration judge on a
21 substantial cash bond. I believe it was in the neighborhood
22 of $4,000. And there is a next court appearance in the
23 immigration court scheduled for the end of the month. But,
24 the Government's position is that this defendant is illegal,
25 he has no status, and that makes him a flight risk.

|   |   |
|---|---|
| 1 | THE COURT: Has the bond been posted? |
| 2 | MS. McDONALD: Yes. |
| 3 | THE COURT: Okay. Mr. Orent, does that change |
| 4 | how you wish to proceed this morning? |
| 5 | MR. ORENT: No, Your Honor. I -- both myself and |
| 6 | Mr. Hernandez were aware of those circumstances and more. |
| 7 | It is true that he's out on bond in the immigration matter. |
| 8 | He does have an immigration lawyer, who I spoke with, and |
| 9 | it's my understanding as of this morning that ICE has issued |
| 10 | a detainer and intends to pursue revocation of his release |
| 11 | and bond. And given the burdens that apply in the |
| 12 | immigration proceeding, given the nature -- or the filing of |
| 13 | the Indictment along with the circumstances here pending in |
| 14 | court, we've agreed to submit the issue to Your Honor. |
| 15 | THE COURT: All right. Thank you. |
| 16 | Did you hear and understand everything your |
| 17 | lawyer just said to me, Mr. Hernandez? |
| 18 | THE DEFENDANT: Yes. |
| 19 | THE COURT: You agree with all that? |
| 20 | THE DEFENDANT: Yes. |
| 21 | THE COURT: All right, the Court finds that |
| 22 | Mr. Hernandez has knowingly, intelligently, and voluntarily |
| 23 | waived his right to a detention hearing and has consented to |
| 24 | this summary procedure known as waive and submit, in which |
| 25 | the Court would review the Indictment as well as the |

```
 1   Pretrial Services Report, any arguments of counsel.
 2              Court finds by virtue of the grand jury's finding
 3   of probable cause on counts one and two, a rebuttable
 4   presumption arises that Mr. Hernandez-Flores is a serious
 5   flight risk and a danger to the community based on the
 6   immigration hold and that he is not likely in the
 7   United States lawfully at the present time.  Or if in the
 8   United States lawfully, upon conviction, there's sufficient
 9   motivation for him to flee this prosecution were he to be
10   released.
11              I find that Mr. Hernandez-Flores has failed to
12   rebut the presumption that he is a serious flight risk.  It
13   is ordered that he shall be detained until further order of
14   Chief Judge Silver, the assigned District Judge.
15              I don't have any evidence to indicate that
16   Mr. Hernandez is a danger to the community.  There's some
17   serious charges that are crimes of violence, but there's no
18   indication that he has been convicted of the crimes.
19              I find that he has rebutted the presumption that
20   he is a danger to the community.  He will be held on the
21   basis of flight risk only.
22              Anything else, Ms. McDonald?
23              MS. McDONALD:  No, Your Honor.
24              THE COURT:  Anything further, Mr. Orent?
25              MR. ORENT:  No, Your Honor, thank you.
```

THE COURT: You're welcome. We are adjourned.

\* \* \*

C E R T I F I C A T E

I, MERILYN A. SANCHEZ, court-approved transcriber, certify that the foregoing is a correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter.

DATED at Phoenix, Arizona, this 5th day of September, 2012.

S/Merilyn A. Sanchez
MERILYN A. SANCHEZ, CRR