**CAMERON A. MORGAN**
**Attorney at Law**
4295 N. 75th St.
Scottsdale, AZ  85251
(480)990-9507 ♦ Fax (480) 990-9509
*Arizona State Bar No. 006709*
e-mail: camerona.morgan@hotmail.com
Attorney for Defendant Luis Hernandez-Flores

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America,**<br><br>Plaintiff**,**<br><br>**v.**<br><br>**Luis Alberto Hernandez-Flores,**<br><br>Defendant**.** | No.  **CR-12-573-01 PHX ROS**<br><br>**MOTION TO CONTINUE PRE-TRIAL DEADLINES AND TRIAL** |

Defendant, Luis Alberto Hernandez-Flores, by and through undersigned counsel, respectfully requests that this Court enter an order continuing the Pre-Trial Deadlines and Trial scheduled in this matter for October 2, 2012 at 8:30 a.m. for a period of 60 days.  This request is made for the reason that undersigned counsel, as well as co-defendant's counsel, are engaged in extensive discovery as was discussed at the oral argument held September 24, 2012.  Counsel has discussed this continuance with AUSA, Karen McDonald, and co-defendant's counsel, Brian Russo, who agree that it is necessary under the circumstances.

Excludable delay will occur as a result of this Motion pursuant to 18 U.S.C. §3161(h)(8)(A) and (B)(i).

This motion is made in good faith and not for purpose of delay.

Respectfully submitted this 27th day of September, 2012.

/s/Cameron A. Morgan
Cameron A. Morgan
Attorney for Defendant Hernandez-Flores

**Certificate of Service**
I hereby certify that on September 27, 2012, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing.

COPY of the foregoing e-mailed this 27th day of September, 2012, to:

The Honorable Roslyn O. Silver
silver_chambers@azd.uscourts.gov

AUSA Karen S. McDonald
karen.mcdonald@usdoj.gov

Brian Russo, Esq.
lawoffice1212@hotmail.com
bfrusso@att.net

By */s/ Dawn-Marie Kenney*