```
                    UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF ARIZONA
                    _____

United States of America,      )
                               )
              Plaintiff,       )    CR 12-0573-PHX-ROS
                               )
     vs.                       )    Phoenix, Arizona
                               )    October 10, 2012
Luis Alberto Hernandez-Flores, )       1:37 p.m.
                               )
              Defendant.       )
                               )
_____)

 BEFORE:  THE HONORABLE LAWRENCE O. ANDERSON, MAGISTRATE JUDGE


              EXCERPTED TRANSCRIPT OF PROCEEDINGS

                      DETENTION HEARING
```

**APPEARANCES:**

For the Government:
    U.S. Attorney's Office
    By: **KAREN S. MCDONALD**, ESQ.
    40 North Central Avenue, Suite 1200
    Phoenix, AZ 85004

For the Defendant Hernandez-Flores:
    Law Office of Cameron A. Morgan
    By: **CAMERON A. MORGAN**, ESQ.
    4295 North 75th Street
    Scottsdale, AZ 85251


Transcriptionist:
Linda Schroeder
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, Spc. 32
Phoenix, Arizona 85003-2151
(602) 322-7249

Proceedings Recorded by Electronic Sound Recording
Transcript Produced by Transcriptionist

1       THE CLERK: Criminal docket 12-573, United States of
2  America versus Luis Alberto Hernandez-Flores, on for detention
3  hearing.
4       MS. MCDONALD: Karen McDonald for the United States.
5       THE COURT: Good afternoon, Ms. McDonald.
6       MR. MORGAN: Good afternoon, Your Honor. Cameron
7  Morgan appearing with Mr. Hernandez-Flores.
8       THE COURT: Good afternoon, Mr. Morgan, and to you,
9  Mr. Hernandez.
10      I had a copy of the grand jury transcript delivered to
11 my chambers by e-mail about ten minutes or so to 12:00. I have
12 not had an opportunity to go through it. And I'm not really
13 inclined to do that before the hearing until after I find out
14 why it's been presented to the Court.
15      Right now this courtroom is not sealed. I suspect
16 there will be some issues that will come up in this case that
17 may warrant consideration of sealing this proceeding.
18      Ms. McDonald, what's your view on sealing the
19 courtroom and this hearing?
20      MS. MCDONALD: Your Honor, the United States believes
21 that we probably want to seal it because of the anticipated
22 position of defense counsel on this motion.
23      THE COURT: And that I assume then, for the record,
24 would be information about a confidential source or informant
25 that the government has used in this case?

|    |                                                                          |
|----|--------------------------------------------------------------------------|
| 1  | MS. MCDONALD: Yes, Your Honor.                                           |
| 2  | THE COURT: Okay. Mr. Morgan, do you have an                              |
| 3  | objection to this --                                                     |
| 4  | MR. MORGAN: No, Your Honor. And I'm in full                              |
| 5  | agreement that this should be sealed, particularly in light of           |
| 6  | Judge Silver's ruling.                                                   |
| 7  | THE COURT: I'm not sure what ruling that is. We've                       |
| 8  | got two folks in the back here. I'm guessing that they are               |
| 9  | family members of Mr. Hernandez-Flores. Can you just at least            |
| 10 | give me their names if you know them Mr. Morgan?                         |
| 11 | MR. MORGAN: Judge, Alma Ramos is his wife, and she's                     |
| 12 | the woman in the middle.                                                 |
| 13 | THE COURT: Okay.                                                         |
| 14 | MR. MORGAN: I don't know the names of his mother and                     |
| 15 | his mother-in-law. I'll let them introduce themselves to the             |
| 16 | Court.                                                                   |
| 17 | THE COURT: Okay. Why doesn't Mrs. Hernandez, the                         |
| 18 | wife, step forward near a microphone there and just give us the          |
| 19 | names of the people that are with you. You really wanted to              |
| 20 | show me your tummy, didn't you?                                          |
| 21 | For the record, you look like you're about ready to                      |
| 22 | have a baby.                                                             |
| 23 | ALMA RAMOS: Yes, I am.                                                   |
| 24 | THE COURT: Okay. And your name is?                                       |
| 25 | ALMA RAMOS: My name is Alma Ramos.                                       |

1           THE COURT:  Alma.

2           ALMA RAMOS:  My mom with the pink shirt, her name is

3  Maria Ramos.

4           THE COURT:  Okay.

5           ALMA RAMOS:  And my mother-in-law, Ophelia Rocha.

6           THE COURT:  Mother-in-law.  So that's your husband's

7  mother?

8           ALMA RAMOS:  Yes.

9           THE COURT:  And when's your baby due?

10          ALMA RAMOS:  It's due next month on the 25th.

11          THE COURT:  Of November?

12          ALMA RAMOS:  Yes.

13          THE COURT:  All right.  Thank you for being here.  You

14  may be seated.

15          Ms. McDonald, any objection if these individuals stay

16  in the courtroom in light of the reason that we're sealing this

17  proceeding that I mentioned here in court?

18          MS. MCDONALD:  No objection, Your Honor.

19          THE COURT:  Mr. Morgan?

20          MR. MORGAN:  No, Your Honor.

21          THE COURT:  All right.  Then I'm going to go ahead and

22  seal this proceeding, but I'm not going to ask that the mother,

23  the mother-in-law, or the wife step outside.  So you may stay

24  in the courtroom.  Okay?

25          I don't mean to offend anybody, but obviously

1  Mr. Hernandez is not using the assistance of an interpreter,
2  that he speaks and understands English.
3  　　　　Mr. Morgan, is that right?
4  　　　　MR. MORGAN:  Yes, Your Honor.  I communicate -- All my
5  communications are in English.
6  　　　　THE COURT:  All right.  Thank you.
7  　　　　We have to stop this recording and restart it.  There
8  will be two separate recordings, so it will just take a second.
9  　　(Balance of proceedings sealed, transcribed, and filed in
10  separate transcript.)

**C E R T I F I C A T E**

I, LINDA SCHROEDER, court-approved transcriber, certify that the foregoing is a correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter.

DATED at Phoenix, Arizona, this 6th day of November, 2012.

                                              s/Linda Schroeder
                                                Linda Schroeder