IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR-12-573-PHX-ROS (LOA) |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Luis Alberto Hernandez-Flores, | ) | |
| Saul Sandoval, | ) | |
| Defendants. | ) | |

The Court has received and considered the Government's Motion to Seal Government's Motion to Withdraw Order erroneously Sealing Detention Hearing Transcript. (Doc. 116)

**IT IS ORDERED** that the Government's Motion to Seal, doc. 116, is **DENIED**.

**IT IS FURTHER ORDERED** directing the Clerk's office to file the Government's proposed Motion to Withdraw Order Erroneously Sealing Detention Hearing Transcript, doc. 117, on the court's docket for public viewing.

DATED this 29th day of November, 2012.

*/s/ Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge