JOHN S. LEONARDO
United States Attorney
District of Arizona

KAREN S. MCDONALD
Assistant U.S. Attorney
Arizona State Bar No. 014274
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
karen.mcdonald@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Luis Alberto Hernandez-Flores,<br><br>Saul Sandoval,<br><br>    Defendants. | **CR-12-0573-PHX-ROS-LOA**<br><br>**GOVERNMENT'S MOTION TO WITHDRAW ORDER ERRONEOUSLY SEALING DETENTION HEARING TRANSCRIPT**<br><br>**(Filed Under Seal)** |

    The United States of America moves this Court for an Order withdrawing a previously issued Order of the Court erroneously sealing the detention hearing transcript of defendant Saul Sandoval conducted on 10/10/2012.

    A detention hearing was held on 10/10/2012 as to defendant Saul Sandoval. The United States sought to order a transcript of that hearing. The United States was erroneously informed by a court reporter that this transcript was sealed (see Exhibit A). It was not, in fact, sealed.

    On October 23, 2012, the United States moved, in a sealed pleading, to unseal the detention hearing transcript for transcription purposes (docket #95). That motion was accompanied by a Motion and Order to seal the motion to unseal the transcript (docket #94). On October 24, 2012, the Court issued an Order granting the government's motion to unseal the detention hearing transcript for purposes of transcription. The Court's Order went on to re-seal the detention hearing transcript for any other than case-related purposes. However, as indicated

above, the detention hearing transcript was never sealed, nor, in the view of the United States did it need to be sealed.

The detention hearing included the testimony of the case agent. On cross-examination of the case agent, defense counsel for defendant Saul Sandoval attempted inquiry into the name and whereabouts of a cooperating source (CS) in the case. The United States objected to both questions. Those objections were sustained. The questions were not answered and the transcript of the hearing does not contain any information about the identity or whereabouts of the CS. Therefore, in the view of the United States, there exists no need to seal the detention hearing or its transcript. A review of the transcript of that hearing reflects no request that the hearing be sealed nor any sealing of the hearing or its transcript. Indeed, the United States, in fact, ordered and received the transcript and the front of the transcript contains no indication that it is sealed.

The United States makes the instant motion in an excess of cause in case the Court's October 24, 2012 motion has the effect of indeed sealing the transcript of the hearing. The original motion of the United States to unseal the transcript was entirely unnecessary since the hearing was not sealed to begin with. The United States now seeks an Order of this Court clarifying that neither the hearing or its transcript is sealed.

The United States informs the Court that Immigration authorities addressing defendant Luis Hernandez-Flores' Immigration Court matters contacted the US Attorney's Office for any information from the instant case which was public record. The United States provided them with the detention hearing transcript, particularly since neither the face of the transcript, nor its actual contents, nor the best recollection of the AUSA reflected that it was sealed.

Subsequently, defense counsel for defendant Hernandez-Flores brought to the attention of the United States that the Court's October 24th, 2012 Order, Docket Number 97, appeared to reflect that the transcript was sealed. Upon identification of this issue, Immigration Court authorities were informed that they may make no use of the detention hearing transcript until further Order of this Court.

1         The United States has sought the position of defense counsel for defendant Hernandez-Flores and Saul Sandoval on the instant motion to withdraw the Court's October 24th, 2012 Order, but undersigned counsel has been unable to reach counsel for their position as of the writing of this motion.

        The United States asserts that it made the motion to unseal the detention hearing transcript while under the erroneous impression that the transcript was sealed. The United States erroneously requested the Court to enter an Order which was wholly unnecessary. Based upon the United States' erroneous motion, the Court issued an Order which could be interpreted presently as sealing a previously unsealed hearing and transcript. The United States further asserts that there exists no cause to seal the transcript of the 10-10-2012 detention hearing of defendant Saul Sandoval. Therefore, the United States respectfully requests that the Court withdraw the Order of October 24, 2012, or otherwise issue an Order which clarifies that the hearing and its transcript were not originally sealed and are not now sealed.

        Therefore, the United States requests that this Court Order that the Detention Hearing Transcript, to the extent that it may be sealed, was erroneously sealed and that it be unsealed in this case for all purposes.

        Excludable delay under 18 U.S.C. § 3161(h) may occur as a result of this motion or from an order based thereon.

        Respectfully submitted this 26th day of November, 2012.

        JOHN S. LEONARDO  
        United States Attorney  
        District of Arizona

        S/ Karen S. McDonald  
        KAREN S. MCDONALD  
        Assistant United States Attorney

**CERTIFICATE OF SERVICE**

Due to this documentation being filed under seal, I hereby certify that on this 23th day of November 2012, I sent the attached document to the Clerk's Office using the Inter-Office routing system for filing and sent a copy via U.S. Postal Service to the following CM/ECF registrant:

Cameron A. Morgan
Law Office of Cameron A. Morgan
4295 N. 75th Street
Scottsdale, Arizona 85251-3695

Brian F. Russo
Law Office of Brian F. Russo
111 W. Monroe Street, Suite 1212
Phoenix, Arizona 85003


By: s/Jennifer Gonzalez
Paralegal Assistant to Karen S. McDonald