| | |
|---|---|
| 1 | JOHN S. LEONARDO |
| | United States Attorney |
| 2 | District of Arizona |
| | Karen S. McDonald |
| 3 | Assistant U.S. Attorney |
| | Arizona State Bar No. 014274 |
| 4 | Two Renaissance Square |
| | 40 N. Central Ave., Suite 1200 |
| 5 | Phoenix, Arizona 85004 |
| | Telephone: 602-514-7500 |
| 6 | Email: karen.mcdonald@usdoj.gov |
| | Attorneys for Plaintiff |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-12-573-PHX-SMM |
| Plaintiff, | **MOTION TO DISMISS WITHOUT PREJUDICE** |
| vs. | |
| Luis Hernandez-Flores, | |
| Saul Sandoval, | |
| Defendants. | |

Now comes the United States of America, by and through its undersigned attorneys, and requests that this Court dismiss the Indictment without prejudice. Based on recently discovered information and in the interest of justice, the United States moves to dismiss the Indictment as to all defendants without prejudice. Fed.R.Crim.P. 48(a). The United States reserves its right to file a timely comprehensive response to the presently pending Motion to Dismiss And/Or Preclude Testimony (Dkt. #163).

The United States has not had the opportunity to make inquiry of defense counsel for both defendants Hernandez-Flores and Sandoval as to their position on this motion but as there is a presently pending motion to dismiss the instant Indictment, the government presumes defendants have no objection to this motion being granted.

Respectfully submitted this June 4, 2013.

>JOHN S. LEONARDO
>United States Attorney
>District of Arizona
>
>*s/Karen S. McDonald*
>KAREN S. MCDONALD
>Assistant U.S. Attorney

# CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2013May 16, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrant:

Cameron A. Morgan
Attorney for defendant Luis Hernandez-Flores

Brian F. Russo
Attorney for defendant Saul Sandoval

*s/Karen S. McDonald*
U.S. Attorney's Office