**CAMERON A. MORGAN**
**Attorney at Law**
4295 N. 75th St.
Scottsdale, AZ  85251
(480)990-9507 ♦ Fax (480) 990-9509
*Arizona State Bar No. 006709*
e-mail: camerona.morgan@hotmail.com
Attorney for Defendant Luis Hernandez-Flores

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America,**         Plaintiff**,**  **v.**  **Luis Alberto Hernandez-Flores,**         Defendant**.** | No.  **CR-12-573-01 PHX SMM**  **RESPONSE TO THE GOVERNMENT'S MOTION TO DISMISS** |

Defendant, Luis Alberto Hernandez-Flores, by and through undersigned counsel, respectfully requests that this Court immediately grant the Government's Motion to Dismiss Without Prejudice and enter its order dismissing the case and releasing the defendant from his pretrial release conditions.

However, since the case is being dismissed there does not appear to be any purpose to allowing further pleadings in this matter.  Defendant submits that the issue raised in his motion to dismiss and/or preclude testimony is moot.

Respectfully submitted this 5th day of June, 2013.

  */s/Cameron A. Morgan*
  Cameron A. Morgan
  Attorney for Defendant Hernandez-Flores

**Certificate of Service**

I hereby certify that on June 5th, 2013, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing.

COPY of the foregoing e-mailed this 5th day of June, 2013, to:

The Honorable Stephan McNamee
mcnamee_chambers@azd.uscourts.gov

AUSA Karen S. McDonald
karen.mcdonald@usdoj.gov

Brian Russo, Esq.
Counsel for Saul Sandoval
lawoffice1212@hotmail.com
bfrusso@att.net

By */s/ Dawn-Marie Kenney*